878 A.2d 848

JANE CAREI, PLAINTIFF–PETITIONER, v. ESTATE OF JOSEPH
J. CORBRIDGE, DECEASED, DEFENDANT–RESPONDENT.

July 18, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further

proceedings in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d 1039 (2005).